**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 15-cv-4145(ES)(JAD) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| OM CORPORATION OF COLUMBIA, INC., a South Carolina Corporation; GIRISHKUMAR VAKIL, an individual; and RAMESH PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Om Corporation of Columbia, Inc., Ramesh Patel, and Girishkumar Vakil (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on June 18, 2015, seeking damages as a result of the breach of a license agreement between DIW and Om Corporation of Columbia, Inc.; and service of the Summons and Complaint having been effectuated with respect to Om Corporation of Columbia, Inc. by personally serving its authorized representative in Gadsden, Alabama on July 25, 2015; and service of the Summons and Complaint having been effectuated with respect to Ramesh Patel by personally serving him in

Gadsden, Alabama on July 25, 2015; and service of the Summons and Complaint having been effectuated with respect to Girishkumar Vakil via regular and certified mail in Gadsden, Alabama on August 11, 2015; and it appearing that default was duly noted by the Clerk of the Court against Defendants on October 22, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 24th day of March, 2016,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Defendants, jointly and severally, in the total amount of $516,526.91, comprised of the following:

a) $425,858.58 for liquidated damages (principal plus prejudgment interest);

b) $90,668.33 for Recurring Fees (principal plus prejudgment interest); and

_____
HONORABLE ESTHER SALAS, U.S.D.J.